### Danny Lee HOOPER, Plaintiff–Appellant

v.

**Wesley JAMISON, Sergeant, East Arkansas Regional Unit, ADC; Marion Smith, Sergeant, East Arkansas Regional Unit, ADC, Defendants–Appellees**

**Wallace McNary, Lieutenant, East Arkansas Regional Unit, ADC; Brenda Perry, Administration, East Arkansas Regional Unit, ADC, Defendants.**

### No. 15–1436.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 23, 2015.

Filed: Nov. 9, 2015.

Danny Lee Hooper, Grady, AR, pro se.

Donald Paul Raney, Lightle & Beebe, Searcy, AR, for Plaintiff–Appellant.

Christine Ann Cryer, Assistant Attorney General, Attorney General's Office, Little Rock, AR, James Owen Howe, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

Following an adverse jury verdict on Arkansas inmate Danny Hooper's 42 U.S.C. § 1983 action involving excessive-force and failure-to-intervene claims against two prison officials, Hooper appeals the district court's[1] order denying his motion for a new trial. Hooper's arguments on appeal involve the allegedly erroneous admission of testimony, but Hooper has not explained why this evidence was prejudicial, or how the district court abused its discretion in allowing the evidence or in denying his motion for a new trial. *See Burris v. Gulf Underwriters*

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

*Ins. Co.,* 787 F.3d 875, 878, 880 (8th Cir. 2015) (standard of review); *see also Kelly v. Omaha Housing Authority,* 721 F.3d 560, 562 (8th Cir.2013) (appellant must furnish reviewing court with all parts of proceedings below necessary for determination of validity of any claimed error), *cert. denied,* —— U.S. ——, 134 S.Ct. 1010, 187 L.Ed.2d 857 (2014). The judgment is affirmed. *See* 8th Cir. R. 47B.